AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

See attached Penalty Sheet

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

DEFENDANT - U.S.

▶ ROBERT RYAN DAVIS a/k/a Robert Alexander

DISTRICT COURT NUMBER

CR 08 0189 MAG

PENALTY:
One Year Prison
One Year Supervised Release
$100,000 Fine
$25 Special Assessment

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ 1/4/2008

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
U.S. Park Police, National Park Service, Department of the Interior

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

**IS IN CUSTODY**

4) ☐ On this charge
5) ☒ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☒ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ 1/4/2008  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM  Joseph P. Russoniello
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  Wendy Thomas

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:
641 O'Farrell Street, #32
San Francisco, CA 94103

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

# PENALTY SHEET
## United States v. Robert Ryan Davis

**18 U.S.C. § 13, assimilating Cal. Veh. Code § 2800.1, Flight From Police Officer**
<u>Maximum Penalty</u>:
One Year Jail
One Year Supervised Release
$100,000 Fine
$25 Special Assessment

**18 U.S.C. § 13, assimilating Cal. Veh. Code § 10851(a), Unlawful Driving or Taking of a Vehicle**
<u>Maximum Penalty</u>:
One Year Jail
One Year Supervised Release
$100,000 Fine
$25 Special Assessment

**36 C.F.R. § 1002.30(a)(5), Misappropriation of Property**
<u>Maximum Penalty</u>:
Six Months Jail
$5,000 Fine
$10 Special Assessment

**21 U.S.C. § 844(a), Possession of Methamphetamine**
<u>Maximum Penalty</u>:
One Year Jail
One Year Supervised Release
$100,000 Fine
$1,000 Mandatory Minimum Fine
$25 Special Assessment

**18 U.S.C. § 13, assimilating Cal. Penal Code § 466, Possession of Burglary Tools**
<u>Maximum Penalty</u>:
Six Months Jail
$5,000 Fine
$10 Special Assessment

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                      SAN FRANCISCO DIVISION
11
12 | UNITED STATES OF AMERICA,        )   No.
                                      )
13 |     Plaintiff,                   )   VIOLATIONS: Title 18, United States
                                      )   Code § 13, assimilating Cal. Veh. Code §
14 |  v.                              )   2800.1, Flight From a Police Officer (Class
                                      )   A Misdemeanor); Title 18, United States
15 | ROBERT RYAN DAVIS,               )   Code § 13, assimilating Cal. Veh. Code §
      a/k/a Robert Alexander,         )   10851(a), Unlawful Driving or Taking of a
16                                    )   Vehicle (Class A Misdemeanor); Title 36,
         Defendant.                   )   Code of Federal Regulations §
17                                    )   1002.30(a)(5), Misappropriation of Property
                                      )   (Class B Misdemeanor); Title 21, United
18                                    )   States Code § 844(a), Possession of a
                                      )   Controlled Substance (Class A
19                                    )   Misdemeanor); Title 18, United States Code
                                      )   § 13, assimilating Cal. Penal Code § 466,
20                                    )   Possession of Burglary Tools (Class B
                                      )   Misdemeanor)
21                                    )
                                      )
22                                    )   SAN FRANCISCO VENUE
                                      )
23 |_____)
24
                              INFORMATION
25
   The United States Attorney charges:
26
   COUNT ONE: Title 18, United States Code § 13, assimilating California Vehicle Code § 2800.1,
27          Flight From a Police Officer
28    On or about January 4, 2008, in the Northern District of California, within the boundaries of


INFORMATION

1  an area under the exclusive jurisdiction of the United States and administered by the Presidio
2  Trust, the defendant,
3                                ROBERT RYAN DAVIS,
4  did willfully flee from a pursuing peace officer's motor vehicle, with the intent to evade, while
5  operating a motor vehicle, while all of the following conditions existed: the peace officer's
6  vehicle was being driven by a peace officer, the peace officer was wearing a distinctive uniform,
7  the peace officer's vehicle was distinctively marked, the peace officer's vehicle was exhibiting at
8  least one lighted red lamp that was visible from the front, the defendant reasonably should have
9  seen the lamp, and the peace officer's vehicle was sounding a siren, in violation of Title 18,
10 United States Code § 13, assimilating California Vehicle Code § 2800.1, Flight From a Police
11 Officer, a Class A Misdemeanor.

12
13 COUNT TWO: Title 18, United States Code § 13, assimilating California Vehicle Code § 10851(a), Unlawful Driving or Taking of a Vehicle
14     On or about January 4, 2008, in the Northern District of California, within the boundaries of
15 an area under the exclusive jurisdiction of the United States and administered by the Presidio
16 Trust, the defendant,
17                               ROBERT RYAN DAVIS,
18 did drive and take a vehicle not his own, to wit: a Toyota 4-Runner bearing California license
19 plate number 2LSK600, without the consent of the owner thereof, and with intent to permanently
20 and temporarily deprive the owner thereof of his title to and possession of the vehicle, in
21 violation of Title 18, United States Code § 13, assimilating California Vehicle Code § 10851(a),
22 Unlawful Driving or Taking of a Vehicle, a Class A Misdemeanor.

23
24 COUNT THREE: Title 36, Code of Federal Regulations § 1002.30(a)(5), Misappropriation of Property
25     On or about January 4, 2008, in the Northern District of California, within the boundaries of
26 an area under the exclusive jurisdiction of the United States and administered by the Presidio
27 Trust, the defendant,
28                               ROBERT RYAN DAVIS,

INFORMATION

1  did possess the property of another with knowledge and reason to believe that the property was
2  stolen, in violation of Title 36, Code of Federal Regulations § 1002.30(a)(5), Misappropriation of
3  Property, a Class B Misdemeanor.

5  COUNT FOUR: Title 21, United States Code § 844(a), Possession of a Controlled Substance
6      On or about January 4, 2008, in the Northern District of California, the defendant,
7                              ROBERT RYAN DAVIS,
8  did knowingly and intentionally possess a controlled substance, to wit: a substance containing a
9  measurable quantity of methamphetamine, in violation of Title 21, United States Code § 844(a),
10 Possession of a Controlled Substance, a Class A Misdemeanor.

12 COUNT FIVE: Title 18, United States Code § 13, assimilating Cal. Penal Code § 466,
                Possession of Burglary Tools
13     On or about January 4, 2008, in the Northern District of California, within the boundaries of
14 an area under the exclusive jurisdiction of the United States and administered by the Presidio
15 Trust, the defendant,
16                              ROBERT RYAN DAVIS,
17 had upon him and in his possession an instrument and tool, to wit: a metal awl window punch,
18 with the intent to feloniously break and enter into a vehicle, in violation of Title 18, United States
19 Code § 13, assimilating Cal. Penal Code § 466, Possession of Burglary Tools, a Class B
20 Misdemeanor.

22 DATED: March 25, 2008                JOSEPH P. RUSSONIELLO
                                         United States Attorney

                                         KYLE F. WALDINGER
                                         Deputy Chief, Major Crimes Section

   (Approved as to form: /s/ )
   WENDY THOMAS
   Special Assistant United States Attorney

INFORMATION