1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   WENDY THOMAS (NYSBN 4315420)
    Special Assistant United States Attorney
5
        450 Golden Gate Avenue, 11th Floor
6       San Francisco, California 94102
        Telephone:  (415) 436-6809
7       Fax:  (415) 436-7234
        Email: wendy.thomas@usdoj.gov
8
    Attorneys for Plaintiff
9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13   UNITED STATES OF AMERICA,        )    No. CR 08 0189 MAG
                                      )
14          Plaintiff,                )
                                      )
15      v.                            )    **PETITION FOR WRIT OF HABEAS**
                                      )    **CORPUS AD PROSEQUENDUM**
16   ROBERT RYAN DAVIS,               )
     a/k/a Robert Alexander,          )
17                                    )
            Defendant.                )
18   _____)

19          To the Honorable James Larson, United States Magistrate Judge of the United States

20   District Court for the Northern District of California:

21          The United States of America respectfully petitions the Court to issue a Writ of Habeas

22   Corpus Ad Prosequendum for the prisoner Robert Ryan Davis.  The prisoner is required to

23   appear in the above-referenced matter FORTHWITH for his initial appearance before the Duty

24   //

25   //

26   //

27   //

28   //

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CR 08 0189 MAG

1   Magistrate in the above-referenced case.  His place of custody and jailor are set forth in the

2   following writ.

3

4   DATED: April 7, 2008                          Respectfully submitted,

5                                                 JOSEPH P. RUSSONIELLO
                                                  United States Attorney
6

7                                                 _____/s/_____

8                                                 WENDY THOMAS
                                                  Special Assistant United States Attorney
9

10  IT IS SO ORDERED.

11

12  DATED:  April 11, 2008

13                                                _____

14                                                HON. JAMES LARSON
                                                  United States Magistrate Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CR 08 0189 MAG

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To:  Federico Rocha, United States Marshal for the Northern District of California; any of his authorized deputies; and the Jailor, Warden, or Sheriff of Soledad CTR (Correctional Training Facility), located on Highway 101 North, Soledad, CA 93960-0686 (mailing address - P.O. Box 686, Soledad, CA 93960-0686.)

**GREETINGS**

The prisoner, Robert Ryan Davis, CDC # F57437, is in custody in the above-referenced institution.  He is required to appear as soon as possible on criminal charges now pending against him in the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102.  Accordingly,

WE COMMAND that you produce the prisoner before the Duty Magistrate of the Northern District of California FORTHWITH.  You shall bring him before the Duty Magistrate, 15th Floor, as soon as possible.  You shall produce the prisoner at all times necessary until the termination of the proceedings in this Court.  Immediately thereafter, you shall return the prisoner to the above-referenced institution, or abide by whatever further order the Court may make concerning his custody.

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies pursuant to this writ.

WITNESS the Honorable James Larson, United States Magistrate Judge of the United States District Court for the Northern District of California.

DATED:    April 11, 2008

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Venice E. Thomas

DEPUTY CLERK

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CR 08 0189 MAG

3