BARRY J. PORTMAN
Federal Public Defender
ERIC MATTHEW HAIRSTON
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant Robert Ryan Davis

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Criminal No. CR 08-00189 BZ |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | [PROPOSED] ORDER SETTING |
| ) | CONDITIONS OF PRETRIAL RELEASE |
| ROBERT RYAN DAVIS  ) | |
| ) | |
| Defendant.  ) | |
| _____) | |

The parties in this matter have been informed that the defendant, Robert Ryan Davis, has been hospitalized with a serious medical condition requiring several days of inpatient hospital care. The parties and the United States Marshals Service are in agreement that given his medical condition, Mr. Davis does not constitute a flight risk or danger to the community and thus does not require full-time supervision by the United States Marshals while hospitalized. In order to ensure that Mr. Davis receives all necessary medical care without placing an unnecessary supervisory burden upon the United States Marshals, the parties hereby agree and stipulate that Mr. Davis will be released from custody during the remainder of his hospital care. The parties

///

///

United States v. Robert Davis  08-00189 BZ
Stipulation and Order

1

further stipulate that Mr. Davis will appear before the court in custody of the United States Marshals for a detention hearing immediately upon completion of his inpatient hospital care.

Respectfully submitted,

Dated: August 5, 2008

/s/
WENDY THOMAS
Assistant United States Attorney

Dated: August 5, 2008

/s/
ERIC MATTHEW HAIRSTON
Attorney for Defendant

IT IS SO ORDERED.

DATED: August 5, 2008

THE HON. BERNARD ZIMMERMAN
United States Magistrate Judge

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States v. Robert Davis  08-00189 BZ
Stipulation and Order

2