| | |
|---|---|
| 1  BARRY J. PORTMAN | **FILED** |
|    Federal Public Defender | |
| 2  ERIC MATTHEW HAIRSTON | AUG 5  2008 |
|    Assistant Federal Public Defender | |
| 3  19th Floor Federal Building | RICHARD W. WIEKING |
|    450 Golden Gate Avenue | CLERK, U.S. DISTRICT COURT |
| 4  San Francisco, CA 94102 | NORTHERN DISTRICT OF CALIFORNIA |
|    Telephone: (415) 436-7700 | |
| 5 | |
|    Counsel for Defendant Robert Ryan Davis | **ORIGINAL** |
| 6 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR 08-00189 BZ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **[PROPOSED] ORDER SETTING** |
| | ) | **CONDITIONS OF PRETRIAL RELEASE** |
| ROBERT RYAN DAVIS | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties in this matter have been informed that the defendant, Robert Ryan Davis, has been hospitalized with a serious medical condition requiring several days of inpatient hospital care. The parties and the United States Marshals Service are in agreement that given his medical condition, Mr. Davis does not constitute a flight risk or danger to the community and thus does not require full-time supervision by the United States Marshals while hospitalized. In order to ensure that Mr. Davis receives all necessary medical care without placing an unnecessary supervisory burden upon the United States Marshals, the parties hereby agree and stipulate that Mr. Davis will be released from custody during the remainder of his hospital care. The parties

///

///

United States v. Robert Davis  08-00189 BZ
Stipulation and Order

1

1  further stipulate that Mr. Davis will appear before the court in custody of the United States
2  Marshals for a detention hearing immediately upon completion of his inpatient hospital care.
3
4                                        Respectfully submitted,
5
   Dated: August 5, 2008
6                                                /s/
                                        WENDY THOMAS
7                                       Assistant United States Attorney

   Dated: August 5, 2008
8                                                /s/
                                        ERIC MATTHEW HAIRSTON
9                                       Attorney for Defendant

10
        IT IS SO ORDERED.
11
12
13  DATED: 5 Aug 08
                                        THE HON. BERNARD ZIMMERMAN
14                                      United States Magistrate Judge
15
16
17
18
19
20
21
22
23
24
25
26
   United States v. Robert Davis  08-00189 BZ
   Stipulation and Order
                                        2