1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WENDY THOMAS (NYSBN 4315420)
   Special Assistant United States Attorney
5
           450 Golden Gate Avenue, 11th Floor
6          San Francisco, California 94102
           Telephone: (415) 436-6809
7          Facsimile: (415) 436-7234
           E-Mail: wendy.thomas@usdoj.gov
8
   Attorneys for Plaintiff
9
                           UNITED STATES DISTRICT COURT
10
                          NORTHERN DISTRICT OF CALIFORNIA
11
                                SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,      ) No. CR 08 0189 MAG
14 |        Plaintiff,               )
   |                                 ) [PROPOSED] ORDER AND
15 |   v.                            ) STIPULATION SETTING A DETENTION
   |                                 ) HEARING AND EXCLUDING TIME
16 | ROBERT RYAN DAVIS,              ) FROM AUGUST 5, 2008 TO SEPTEMBER
   | a/k/a Robert Alexander,         ) 24, 2008
17 |                                 )
   |        Defendant.               )
18 |_____ )

19     The parties appeared before the Honorable Bernard Zimmerman on July 9, 2008. At that

20 time, the defendant's detention hearing was continued to August 5, 2008. On August 5, 2008,

21 the parties filed a stipulation requesting the defendant's conditions of release be modified in

22 order to release him from custody and allow him to receive inpatient hospital care. The parties

23 further stipulate as follows:

24     1. The parties request that a detention hearing be set for September 24, 2008, at 1:30

25 p.m., or as soon thereafter as the matter may be heard, so that the defendant may appear before

26 the court for a detention hearing or the parties may update the Court as to the defendant's

27 condition.

28     2. The parties further agree to exclude time between August 5, 2008, at September 24,

PROPOSED ORDER AND STIP.
Case No. CR 08-0189 MAG

1  2008, under the Speedy Trial Act, 18 U.S.C. § 3161(b), in light of the defendant's current

2  unavailability and physical inability to currently stand trial. *See* 18 U.S.C. § 3161(h)(3)(A) and

3  18 U.S.C. § 3161(h)(4).

4       IT IS SO STIPULATED.

5

6  DATED: 8/26/08              /s/
                                    ERIC M. HAIRSTON
7                                      Counsel for Defendant

8

9  DATED: 8/26/08              /s/
                                    WENDY THOMAS
10                                      Special Assistant United States Attorney

11       IT IS HEREBY ORDERED that a detention hearing be set for September 24, 2008, at

12  1:30 p.m., and that the period from August 5, 2008, to September 24, 2008, be excluded from

13  Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(3)(A) and 18 U.S.C. § 3161(h)(4).

14

15       IT IS SO ORDERED.

16

17  DATED:_____                                    
                                    THE HON. BERNARD ZIMMERMAN
                                    United States Magistrate Judge